IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLES DUNN,<br><br>      Petitioner,<br><br>v.<br><br>STATE COURT OF BIBB COUNTY,<br>GEORGIA,<br><br>      Respondent. | CIVIL ACTION NO. 5:14-CV-100 (MTT) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 13). The Magistrate Judge recommends dismissing this habeas action because the Petitioner failed to supplement his petition after being ordered to do so and failed to respond to the Magistrate Judge's order to show cause why this case should not be dismissed for failure to prosecute. (Doc. 13 at 1). Moreover, the information that is available suggests the Petitioner is no longer "in custody." (Doc. 13 at 1). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, this action is **DISMISSED**.

**SO ORDERED**, this 22nd day of April, 2015.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL
                                            UNITED STATES DISTRICT COURT